# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY RANSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2067 |
| | § | |
| | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Counsel for the defendant has informed this court in response to the inquiry to all counsel that this case settled in March 2009 and that the plaintiff received the settlement amount but has not returned the executed release. No later than September 21, 2009, counsel for the plaintiff is to file a statement showing cause why this case should not be dismissed, with prejudice.

SIGNED on September 4, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge